**STATE of Missouri, Respondent,**

v.

**Kevin ROBERTS, Appellant.**

**No. ED 79795.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 2002.

Application for Transfer Denied
Sept. 24, 2002.

Gwenda R. Robinson, Asst. Public Defender, Chesterfield, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., and KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

### ORDER

PER CURIAM.

Defendant, Kevin Roberts, was convicted, after a jury trial, of statutory rape in the first degree and statutory sodomy in the first degree. He was sentenced to imprisonment for twenty years on each conviction to run concurrently. On appeal he only alleges error in regard to his sodomy conviction. No jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).